IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TIG INSURANCE COMPANY, successor by merger to International Insurance Company, as successor to International Surplus Lines Insurance Company, <br><br> Plaintiff, <br><br> v. <br><br> CENTURY INDEMNITY COMPANY, as successor to CCI Insurance Company, as successor to Insurance Company of North America, <br><br> Defendant. | JUDGE KEENAN <br><br> '08 CIV 7322 <br><br> Civil Action No. _____ <br><br> **Rule 7.1 Statement** <br><br> AUG 19 2008 <br> U.S.D.C. S.D. N.Y. <br> CASHIERS |

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel for Plaintiff TIG Insurance Company (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

TIG Insurance Company ("TIG") is a wholly-owned subsidiary of TIG Insurance Group, Inc., a holding company that is ultimately a wholly-owned subsidiary of Fairfax Financial Holdings Limited ("Fairfax"). Fairfax is a public company that is traded on the Canadian and New York Stock Exchanges as "FFH". There are no other ownership interests in TIG.

Dated: New York, New York
August 18, 2008

WILLKIE FARR & GALLAGHER LLP

By: *Richard Mancino*
Richard Mancino
(A Member of the Firm)

787 Seventh Avenue
New York, NY 10019-6099
(212) 728-8000

Attorneys for Plaintiff TIG Insurance Company

Of Counsel:

James I. Rubin
Catherine E. Isely
Butler Rubin Saltarelli & Boyd LLP
70 West Madison Street
Suite 1800
Chicago, IL 60602