UNITED STATES DISTRICT COURT  
SOUTHERN DISTRICT OF NEW YORK

INDEX # 08 CIV 7322

FILED ON: AUGUST 19, 2008

---

TIG INSURANCE COMPANY

Plaintiff(s)

against

CENTURY INDEMNITY COMPANY

Defendant(s)

---

STATE OF PENNSYLVANIA, COUNTY OF PHILDELPHIA, SS.:   AFFIDAVIT OF SERVICE

_____David Rosenzweig_____ being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides at _____Philadelphia, PA_____. That on __August 20, 2008__ at __4 48 PM__, at _____436 WALNUT STREET, PHILADELPHIA, PA 19106_____ deponent served the within _____Summons and Complaint, Rule 7.1, Statement Electronic Case Filing Rules & Instructions for SDNY Individual Practice Rules of Judge John Keenan and Magistrate Theodore Katz_____

with Index No. and date of filing clearly visible on said Summons and Complaint, Rule 7.1, Statement Electronic Case

on _____CENTURY INDEMNITY COMPANY A/K/A ACE USA_____,

a(n) ___defendant herein___, by delivering thereat a true copy thereof to __Adrienne Logan, Sr. Legal Assistant__, personally, deponent knew said __defendant herein__ so served to be the __defendant herein__ so described, and knew said individual to be an authorized agent thereof. Deponent asked said individual if they were able to accept on behalf of said __defendant herein__ and they responded with an affirmative.

Deponent describes the individual served as follows: Gender: __Female__  Skin Color: __Black__  Hair Color: __Black__  
Age: __41 - 45 Yrs.__  Height: __5' 11" - 6' 0"__  Weight: __146 - 180 Lbs.__  Other: Person served wore glasses

Sworn to before me on this __20th__ day of __August, 2008__

_[signature]_

NOTARIAL SEAL  
MICHAEL D. TALONE, Notary Public  
City of Philadelphia, Phila. County  
My Commission Expires May 12, 2011

_[signature]_  
David Rosenzweig  
Server's Lic. # N/A

Affidavit # 10003143

ATTORNEY: Willkie, Farr & Gallagher, LLT,  Ph: 212-728-8790  
ADDRESS: 787 Seventh Avenue New York NY 10019  File No.:

PRO-FILE LAWYER'S SERVICES - 821 FRANKLIN AVE., GARDEN CITY, NY 11530 - 516-747-1330 - FAX 516-747-1166

AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern  District of  New York

TIG INSURANCE COMPANY

V.

CENTURY INDEMNITY COMPANY

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 7322

JUDGE KEENAN

TO: (Name and address of Defendant)

CENTURY INDEMNITY COMPANY
436 Walnut Street
Philadelphia, PA 19106

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

WILLKIE FARR & GALLAGHER LLP
787 7TH AVENUE
NEW YORK, NEW YORK 10019
ATTN: RICHARD MANCINO, Esq.

an answer to the complaint which is served on you with this summons, within ____Twenty____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON

CLERK _Marcos Quintero_

(By) DEPUTY CLERK

DATE  AUG 1 9 2008

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
                 Date    *Signature of Server*

                                _____
                                *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.