USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

TIG INSURANCE COMPANY,                :

                Plaintiff,       :   No. 08 Civ. 7322 (JFK)

      -against-                     :   **ORDER**

CENTURY INDEMNITY COMPANY and         :
ACE PROPERTY AND CASUALTY
INSURANCE COMPANY,                    :

                Defendants.      :

------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

       Oral argument on Defendants' motion to transfer venue will be held in Courtroom 20-C on June 4, 2009, at 10:30 a.m.

**SO ORDERED.**

Dated:    New York, New York
           May 14, 2009

                                    /s/ John F. Keenan
                                    JOHN F. KEENAN
                            United States District Judge